IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERNARD JEMISON, #179080,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 12-0557-CG-M |
| **COMMISSIONER THOMAS, et al.,** | : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 29th day of November, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE